UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JONATHAN VIDLAK,

    Plaintiff,

    v.

Case No. 17-cv-160-JPG-GCS

JUSTIN COX,

    Defendant.

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Justin Cox and against plaintiff Jonathan Vidlak; and that this case is dismissed with prejudice.

**DATED:   April 4, 2019**

                                   **MARGARET M. ROBERTIE, Clerk of Court**
                                   **s/ Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**